IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:16cr83-MHT** |
| | ) | **(WO)** |
| **STANLEY JAWAN HINTON and DELRICCO RAY JONES** | ) | |

### ORDER

Based on the representations made on the record during a conference call on April 12, 2016, it is ORDERED that the jury selection and trial of defendants Stanley Jawan Hinton and Delricco Ray Jones are set for June 13, 2016, at 10:00 a.m., at the federal courthouse in Opelika, Alabama.

DONE, this the 12th day of April, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**