IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:16cr83-MHT |
| | ) | (WO) |
| **STANLEY JAWAN HINTON** | ) | |

ORDER

In light of the fact that the argument made by defendant Stanley Jawan Hinton in his motion to dismiss (doc. no. 62)--that Congress's enactment of the carjacking statute under which he is being prosecuted exceeded its authority under the Commerce Clause--is foreclosed by binding circuit precedent, it is ORDERED that the motion is denied. See <u>United States v. Williams</u>, 51 F.3d 1004 (11th Cir. 1995), abrogated on other grounds by <u>Jones v. United States</u>, 526 U.S. 227 (1999).

DONE, this the 3rd day of May, 2016.

                                                  /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE