IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:16cr83-MHT |
| | ) | (WO) |
| **STANLEY JAWAN HINTON** and | ) | |
| **DELRICCO RAY JONES** | ) | |

ORDER

Because defendants Stanley Jawan Hinton and Delricco Ray Jones are in custody pending trial and because it appears that one or more of the witnesses called at trial may also be in custody, it is ORDERED that the issue whether, for security reasons, this case should be tried in Montgomery rather than Opelika (albeit with jury selection to be conducted in Opelika) is set for hearing at 10:30 a.m. on May 10, 2016, in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The government is to arrange for the presence of defendants Hinton and Jones.

**The clerk of the court is to arrange for the United States Marshal for the Middle District of Alabama or his representative to testify to the issue at the hearing.**

**DONE, this the 3rd day of May, 2016.**

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**