IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:16cr83-MHT |
| | ) | (WO) |
| STANLEY JAWAN HINTON | ) | |

ORDER

Before the court is defendant Stanley Jawan Hinton's motion to suppress a statement he made to two law enforcement officers during his incarceration at Muscogee County Jail in Columbus, Georgia. The government concedes that the challenged statement is due to be suppressed and represents that it will not present the statement during its case in chief. Therefore, it is ORDERED that, as to the government's case in chief only, defendant Stanley Jawan Hinton's motion to suppress (doc. no. 73) is granted.

DONE, this the 18th day of May, 2016.

_____/s/ Myron H. Thompson____
UNITED STATES DISTRICT JUDGE