IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA,   )
                            )      CRIMINAL ACTION NO.
    v.                      )          3:16cr83-MHT
                            )             (WO)
STANLEY JAWAN HINTON        )

                            ORDER

     Based on the representations made on the record on
June 2, 2016, it is ORDERED that both the jury selection
and trial shall be at the federal courthouse in Opelika,
Alabama.

     DONE, this the 3rd day of June, 2016.

                        ___/s/ Myron H. Thompson____
                        UNITED STATES DISTRICT JUDGE