```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


  UNITED STATES OF AMERICA,   )
                              )
            v.                )          3:16cr83-MHT
                              )             (WO)
  STANLEY JAWAN HINTON        )
                              )
```

ORDER

This case is before the court on the sentencing of defendant Stanley Jawan Hinton.  For the reasons below, sentencing is continued until November 10, 2016.

In June of 2016, a jury found Hinton guilty of carjacking (18 U.S.C. § 2119) and brandishing a firearm during the carjacking (18 U.S.C. § 924(c)(1)(A)(ii)).

At the sentencing hearing held before this court on October 21, 2016, the probation department recommended a sentence within the guidelines range, 180 months of imprisonment followed by 5 years of supervised release.  The government moved for an upward variance, seeking 240 months of imprisonment.  Defense counsel moved for a downward variance on the ground that Hinton, who was

imprisoned by the State of Georgia at the age of 14 and remained in its custody until the age of 21, has not yet been provided the support and upbringing necessary to successfully pursue a life outside prison walls.

Upon consideration of the arguments of the parties, the court determined that a continuance was necessary to allow the parties to submit additional evidence about the services and support provided to Hinton by the State of Georgia during his formative years.

\* \* \*

Accordingly, based on the representations made on the record during the October 21, 2016 sentencing hearing, it is ORDERED that sentencing of defendant Stanley Jawan Hinton shall resume on November 10, 2016, at 2:00 p.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further ORDERED that, by no later than November 2, 2016, defense counsel is to file a report addressing the services and support provided to defendant Hinton

while in the custody of the State of Georgia, including but not limited to education, vocational training, social and emotional development, physical and mental health, and other services necessary for Hinton's development as an adolescent and young adult. The government and probation may file responses by no later than November 9, 2016.

DONE, this the 28th day of October, 2016.

       /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**