**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:16cr83-MHT** |
| | ) | **(WO)** |
| **STANLEY JAWAN HINTON** | ) | |

**ORDER**

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on March 26, 2018 (doc. no. 317), affirming the judgment of conviction and sentence pronounced in this case as to defendant Stanley Jawan Hinton on November 10, 2016, and entered on November 23, 2016 (doc. no. 241), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on April 24, 2018, and received in the office of the clerk of this court on April 24, 2018 (doc. no. 318), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Stanley Jawan Hinton on November 10, 2016, and entered on November 23, 2016 (doc. no. 241), is

continued in full force and effect.

DONE, this the 27th day of April, 2018.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**