Case 3:16-cr-00083-MHT-TFM   Document 339   Filed 01/18/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>STANLEY JAWAN HINTON | Case No: 3:16cr83-01-MHT<br>USM No: 16770-002 |
| Date of Original Judgment: 11/10/2016<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Donnie W. Bethel<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Pursuant to U.S.S.G. § 1B1.10(b)(2)(A), and (B), the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement to a term that is less than the amended guideline range but for a downward departure for substantial assistance. Hinton is not due relief under Amendment 821.

Except as otherwise provided, all provisions of the judgment dated 11/10/2016 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/18/2024         /s/ Myron H. Thompson
                               *Judge's signature*

Effective Date: _____         MYRON H. THOMPSON, UNITED STATES DISTRICT JUDGE
*(if different from order date)*   *Printed name and title*